BRIGHTON WET WASH LAUNDRY, INC., Respondent, v. ABRAHAM GROSSMAN, Appellant.— Order restraining defendant from violating negative covenants in contract affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

DAISY EDELMAN, Appellant, v. COMMUNITY FILLING STATIONS CORPORATION OF LONG ISLAND and Another, Respondents, Impleaded with Others, Defendants.— Order directing that the issues therein framed be tried by a jury, and staying further proceedings by plaintiff until such trial, affirmed, with ten dollars costs and disbursements. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

OTTO GASAU, Respondent, v. FRANKLIN L. GROFF, Appellant.— Order modified by limiting the examination for the purpose of identifying the instruments concerning which the examination is sought, and by eliminating items " C," " G " and " H " of paragraph 4; and as so modified affirmed, without costs. No opinion. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur. Settle order on notice, in which the time for examination should be proposed.

In the Matter of Acquiring Title by the CITY OF NEW YORK to Certain Lands and Premises on the Easterly Side of Pleasant Avenue, etc., in the Borough of Queens, etc., as a Site for a Refuse Destructor, etc.— Final decree reversed upon the facts, and new hearing granted, costs to appellant to abide the event. In our opinion the awards are excessive. Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ., concur.

BENJAMIN LEIBOWITZ, Respondent, v. IVAN R. LASHINS, Appellant.— Judgment reversed on the law, and new trial granted, with costs to abide the event. The easements in question were not of such a character as to render the title unmarketable, and specific performance should have been decreed with an abatement in the purchase price upon proper proof by defendant that such incumbrances affected the value of the property. This is in accord with our former decision in *Halma Construction Corp.* v. *Mittenthal* (219 App. Div. 797), filed on February 11, 1927. Kelly, P. J., Manning, Young, Kapper and Hagarty, JJ., concur.

CATHERINE C. MITCHELL, Respondent, v. CHARLES LATH and FRED LATH, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN ERNST, JR., and JAMES ERNST, Appellants.— Judgment of the Court of Special Sessions, convicting the defendants of the crime of assault in the third degree, unanimously affirmed. No opinion. Present — Kelly, P. J., Young, Kapper, Lazansky and Hagarty, JJ.